# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| T&A Screw Machine Products, Inc. | ) ASBCA No. 58998 |
| | ) |
| Under Contract No. W15QKN-11-D-0201 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Mark Drouin
President

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Lawrence P. Gilbert, JA
Trial Attorney

## DISMISSAL ORDER

On 6 November 2014, the parties informed the Board that they had reached a settlement in principle. On 16 January 2015, appellant informed the Board that it wished to withdraw the appeal, requesting dismissal with prejudice. The appeal is dismissed with prejudice.

Dated: 22 January 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58998, Appeal of T&A Screw Machine Products, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals